| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Check if this an amended filing |

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 5 Star Capital Fund, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-3161537 |
| 4. | Debtor's address | **Principal place of business**<br><br>**3131 Grape Road**<br>**Mishawaka, IN 46545**<br>Number, Street, City, State & ZIP Code<br><br>**St Joseph**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attached Exhibit A** | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district?*** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000<br>☐ 50-99　　　　　　☐ 5001-10,000　　　　　☐ 50,001-100,000<br>☐ 100-199　　　　　☐ 10,001-25,000　　　　☐ More than100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 22, 2016**
                     MM / DD / YYYY

X _____       **Earl Miller**
Signature of authorized representative of debtor       Printed name

Title  **Manager**

**18. Signature of attorney**

X _____       Date  **January 22, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**Katherine C. O'Malley**
Printed name

**Cozen O'Connor**
Firm name

**123 North Wacker Drive**
**Suite 1800**
**Chicago, IL 60606-1770**
Number, Street, City, State & ZIP Code

Contact phone  **312-382-3100**       Email address  **komalley@cozen.com**

**29032-49**
Bar number and State

**5 Star Capital Fund, LLC**
**EXHIBIT 1 - PENDING BANKRUPTCY CASES FILED BY AFFILIATES**

| Name of Debtor | Case Number | Date Filed | District | Relationship |
|---|---|---|---|---|
| 5 Star Commercial, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Holdings, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group II, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group III, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group IV, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group V, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group VII, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Investment Group, LLC | Unknown | | N.D. Indiana | Affiliate |
| 5 Star Portland Holdings, LLC | Unknown | | N.D. Indiana | Affiliate |

Fill in this information to identify the case:

Debtor name: **5 Star Capital Fund, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF INDIANA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ernie Yoder** 11331 CR 24 Middlebury, IN 46540 | 574-361-2802 | **Promissory Note** | | $150,000.00 | $0.00 | $150,000.00 |
| **Ronald Porter** 10081 12 Mile Road Rockford, MI 49343 | | **Promissory Note** | | $125,000.00 | $0.00 | $125,000.00 |
| **Ned Carl Welder** 5631 W. Muskrat Road Sheridan, MI 48884 | | **Promissory Note** | | $100,000.00 | $0.00 | $100,000.00 |
| **Pamela Meyer** 421 Parkwood Avenue Kalamazoo, MI 49001 | | **Promissory Note** | | $100,000.00 | $0.00 | $100,000.00 |
| **Archie V. Welder** 5631 W. Muskrat Road Sheridan, MI 48884 | | **Promissory Note** | | $100,000.00 | $0.00 | $100,000.00 |
| **Alvin Fry** 10521 CR 42 Millersburg, IN 46543 | | **Promissory Note** | | $100,000.00 | $0.00 | $100,000.00 |
| **David J. Lengacher** 15314 Antwerp Road Grabill, IN 46741 | 260-466-6251 | **Promissory Note** | | $70,000.00 | $0.00 | $70,000.00 |
| **Norman Schmucker** 7720 Bruick Rd. New Haven, IN 46774 | | **Promissory Note** | | $69,000.00 | $0.00 | $69,000.00 |
| **Ron Truhler** 710 Finch Drive South Bend, IN 46614 | | **Promissory Note** | | $66,000.00 | $0.00 | $66,000.00 |

Debtor   **5 Star Capital Fund, LLC**              Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Douglas R. Burkholder<br>2 Courtney Lane<br>Nappanee, IN 46550 | 574-354-2684 | Promissory Note | | $60,000.00 | $0.00 | $60,000.00 |
| Laverne Mast<br>13764 CR 28<br>Middlebury, IN 46540 | | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Benjamin Wagler<br>9249 N 650 E.<br>Odon, IN 47562 | | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Raymond J. Bontrager<br>N9896 CR EE<br>Dalton, WI 53926 | | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Fred Witmer<br>11607 Notestine Road<br>Grabill, IN 46741 | 260-413-8182 | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| David Schmucker Jr.<br>9921 Ricker Road<br>Grabill, IN 46741 | 260-341-0586 | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Christine Weiderman<br>65281 M 66<br>Sturgis, MI 49091 | 269-659-2600 | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Amos E. Lengacher<br>8431 Milan Center<br>New Haven, IN 46774 | 260-515-0589 | Promissory Note | | $50,000.00 | $0.00 | $50,000.00 |
| Merle Yoder<br>63509 CR 31<br>Goshen, IN 46528 | | Promissory Note | | $40,000.00 | $0.00 | $40,000.00 |
| Richard R. Pletcher<br>7746 W 1350 N.<br>Nappanee, IN 46550 | | Promissory Note | | $40,000.00 | $0.00 | $40,000.00 |
| Karen Andrews<br>916 Lynwood Drive<br>Goshen, IN 46526 | | Promissory Note | | $40,000.00 | $0.00 | $40,000.00 |

ALVIN FRY
10521 CR 42
MILLERSBURG, IN 46543


AMOS E. LENGACHER
8431 MILAN CENTER
NEW HAVEN, IN 46774


ARCHIE V. WELDER
5631 W. MUSKRAT ROAD
SHERIDAN, MI 48884


ARTISAN BUILDERS GROUP, LLC
13727 CR 8
MIDDLEBURY, IN 46540


BENJAMIN WAGLER
9249 N 650 E.
ODON, IN 47562


CHRISTINE WEIDERMAN
65281 M 66
STURGIS, MI 49091


CLIFFORD JAY WITMER
23619 CR 32
GOSHEN, IN 46526


DAVID J. LENGACHER
15314 ANTWERP ROAD
GRABILL, IN 46741


DAVID SCHMUCKER JR.
9921 RICKER ROAD
GRABILL, IN 46741

DOUGLAS R. BURKHOLDER  
2 COURTNEY LANE  
NAPPANEE, IN 46550

ERNIE YODER  
11331 CR 24  
MIDDLEBURY, IN 46540

FRED WITMER  
11607 NOTESTINE ROAD  
GRABILL, IN 46741

JOHN HOOLEY  
7295 N 900 W.  
SHIPSHEWANA, IN 46565

KAREN ANDREWS  
916 LYNWOOD DRIVE  
GOSHEN, IN 46526

LAVERNE MAST  
13764 CR 28  
MIDDLEBURY, IN 46540

MELVIN J. HOSTETLER  
62267 NOTTAWA ROAD  
STURGIS, MI 49091

MERLE YODER  
63509 CR 31  
GOSHEN, IN 46528

NED CARL WELDER  
5631 W. MUSKRAT ROAD  
SHERIDAN, MI 48884

NORMAN SCHMUCKER
7720 BRUICK RD.
NEW HAVEN, IN 46774


PAMELA MEYER
421 PARKWOOD AVENUE
KALAMAZOO, MI 49001


PAUL WITMER
10621 NOTESTINE ROAD
FORT WAYNE, IN 46835


PERRY HOSTETLER
62267 NOTTAWA ROAD
STURGIS, MI 49091


RAYMOND J. BONTRAGER
N9896 CR EE
DALTON, WI 53926


RICHARD R. PLETCHER
7746 W 1350 N.
NAPPANEE, IN 46550


RON TRUHLER
710 FINCH DRIVE
SOUTH BEND, IN 46614


RONALD PORTER
10081 12 MILE ROAD
ROCKFORD, MI 49343


U.S. SECURIES & EXCHANGE COMMISSION
175 WEST JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604

# United States Bankruptcy Court
## Northern District of Indiana

In re: **5 Star Capital Fund, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **5 Star Capital Fund, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 22, 2016**
Date

**Katherine C. O'Malley 29032-49**
Signature of Attorney or Litigant
Counsel for **5 Star Capital Fund, LLC**
**Cozen O'Connor**
**123 North Wacker Drive**
**Suite 1800**
**Chicago, IL 60606-1770**
**312-382-3100 Fax:312-382-8910**
**komalley@cozen.com**