# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)  )
5 Star Capital Fund, LLC  )
47−3161537  )
3131 Grape Road  ) Case Number: 16−30088−hcd
Mishawaka, IN 46545  )
)
)
)
)
) Chapter: 11
)
)
)
)
)
)

## ORDER ESTABLISHING DEADLINE FOR FILING A PLAN OR A PROGRESS REPORT

A petition for relief under Chapter 11 of the United States Bankruptcy Code has been filed in this case and an order for relief has been entered.

It is therefore ORDERED that on or before June 28, 2016 , the Debtor−in−Possession shall:

1. file a proposed plan and disclosure statement; or

2. file a report that describes the steps taken toward the formulation of a plan of reorganization, any matters that must be resolved before a plan can be proposed and an estimated date by which a plan will be filed. This report should summarize all financial activities since the commencement of the case, indicating the profit or loss from operations and any unpaid post−petition debts, including but not limited to taxes.

Dated: January 26, 2016

Harry C. Dees, Jr.
_____
Judge, United States Bankruptcy Court

Document No. 7 − 1