IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEN DIVISION

IN RE:  CASE NO. 16-30088

5 Star Capital Fund, LLC,  CHAPTER 11

     DEBTOR.
_____/

NOTICE OF COMPLAINT AND ORDERS IN THE UNITED STATES
DISTRICT COURT OF FOR THE NORTHERN DISTRICT OF INDIANA

**TO THE HONORABLE HARRY C. DEES, Jr., UNITED STATES BANKRUPTCY COURT JUDGE:**

Attached please find copies of the Complaint, Order for Preliminary Injunction and

Temporary Restraining Order entered in *SEC v. Miller, et al.,* No. 3:15-CV-519 JD (N.D. Ind.).

This filing is informational only.

Dated:  Chicago, Illinois
       January 26, 2016

                         /s/ Angela D. Dodd_____
                         Attorney for the
                         Securities and Exchange Commission
                         175 West Jackson Blvd., Suite 900
                         Chicago, Illinois 60604
                         Telephone: (312) 353-7400
                         dodda@sec.gov

## **CERTIFICATE OF SERVICE**

      I, Angela D. Dodd, do hereby certify that a copy of the foregoing NOTICE OF COMPLAINT AND ORDERS IN THE UNITED STATES DISTRICT COURT OF FOR THE NORTHERN DISTRICT OF INDIANA was served on the parties that receive electronic notification in these proceedings on this day of January 26, 2016.

                                          /s/ Angela D. Dodd_____
                                          Attorney for the
                                          Securities and Exchange Commission