UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| 5 STAR INVESTMENT GROUP, LLC ) | CASE NO.: | 16-30078 |
| 5 STAR PORTLAND HOLDINGS, LLC ) | | 16-30079 |
| 5 STAR INVESTMENT GROUP V, LLC ) | | 16-30080 |
| 5 STAR COMMERCIAL, LLC ) | | 16-30081 |
| 5 STAR INVESTMENT GROUP VII, LLC ) | | 16-30082 |
| 5 STAR HOLDINGS, LLC ) | | 16-30083 |
| 5 STAR INVESTMENT GROUP III, LLC ) | | 16-30084 |
| 5 STAR INDIANA HOLDINGS, LLC ) | | 16-30085 |
| 5 STAR INVESTMENT GROUP II, LLC ) | | 16-30086 |
| 5 STAR INVESTMENT GROUP IV, LLC ) | | 16-30087 |
| 5 STAR CAPITAL FUND, LLC ) | | 16-30088 |
| ) | | |
| Debtors ) | | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the United States Trustee's Application for Order Approving Appointment of Douglas R. Adelsperger as Chapter 11 Trustee in the above-captioned cases,

IT IS HEREBY ORDERED THAT the appointment is APPROVED.

Date: February 29, 2016

HARRY C. DEES, JR., JUDGE
U.S. BANKRUPTCY COURT